UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHOW COLORS, INC., DONNA CHANDLER, and DERIVATIVE PLAINTIFF MY K9 BEHAVES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>KENETH ZWEIGEL, CONTENT & COMMERCE, INC., KEVIN DETRUDE and MY K9 BEHAVES, LLC,<br><br>Defendants. | Case No.: 1:20-cv-2930-JPH-DLP |

## NOTICE OF APPEARANCE

Hannah Kaufman Joseph, of the law firm Jeselskis Brinkerhoff and Joseph, LLC, hereby enters her appearance on behalf of Defendants Keneth Zweigel, Content & Commerce, Inc., Kevin DeTrude and My K9 Behaves, LLC.

Respectfully submitted,

Dated:  November 6, 2020

*s/Hannah Kaufman Joseph*
Hannah Kaufman Joseph, Attorney No. 24974-49
JESELSKIS BRINKERHOFF AND JOSEPH, LLC
320 North Meridian Street, Suite 428
Indianapolis, Indiana 46204
Telephone: (317) 220-6290
Facsimile: (317) 220-6291
hjoseph@jbjlegal.com

*Counsel for Defendants Keneth Zweigel, Content & Commerce, Inc., Kevin DeTrude and My K9 Behaves, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 6, 2020 a copy of the foregoing was filed electronically with the Clerk of the Court via the ECF/CM system.  I further certify that on November 6, 2020 a copy of the foregoing was served via email upon the following:

| | |
|---|---|
| Nicholas Plopper | nick@sploplaw.com |
| Stephen Plopper | splopper@sploplaw.com |

                                            *s/Hannah Kaufman Joseph*
                                            Hannah Kaufman Joseph